# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDRICK ROBINSON

VERSUS

GOAUTO INSURANCE COMPANY

NO.   2026 CW 0039

**JUNE 1, 2026**

---

In Re:   GoAuto Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 730218.

---

BEFORE:   **THERIOT, BALFOUR, AND HAGGERTY,**[1] **JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore,* by special appointment of the Louisiana Supreme Court.